In the Matter of the Will of WILLIAM C. F. PLASTER, Deceased. HARLAN F. PLASTER et al., Appellants; ST. LUKE'S ENGLISH LUTHERAN CHURCH et al., Respondents.

Argued October 6, 1944; decided November 22, 1944.

*Harry V. Borst* and *Jerome S. Lovenheim* for appellants.

*W. Fenton Myers* for respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY, DESMOND and THACHER, JJ.